# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-26-00229-CR

---

Jerry Lee Thomas,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
361st District Court of Brazos County, Texas
Judge David G. Hilburn, presiding
Trial Court Cause No. 25-01157-CRF-361

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Jerry Lee Thomas appealed from a judgment of conviction pursuant to a plea bargain. The certificate of right of appeal signed by the trial court, Thomas, and Thomas's trial counsel dated May 14, 2026, indicates that this "is a plea-bargain case, and the defendant has NO right of appeal," and that "[t]he defendant has waived the right of appeal for all purposes." The State has filed a motion to dismiss the appeal for want of jurisdiction.

Because the trial court's certificate of right of appeal signed by Thomas indicates that this is a plea-bargain case and there is no right to appeal and that Thomas has waived the right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, the State's motion to dismiss is granted and this appeal is dismissed for want of jurisdiction.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: June 18, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
Motion granted
Do not publish
CR25

